| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MARC A. LIEBERMAN (SBN 157318)<br>ALAN W. FORSLEY (SBN 180958)<br>FLP LAW GROUP LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067<br>Tel. (310) 284-7350<br>alan.forsley@flpllp.com<br><br>*Attorney for:* Debtor 9301 Cherokee Lane, LLC | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br><br>9301 CHEROKEE LANE, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16232-NB<br>CHAPTER: 11<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br>(File with Application for Employment)<br><br>[No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

   FLP Law Group LLP
   1875 Century Park East, Suite 2230, Los Angeles, CA 90067
   (310) 284-7350

2. The services to be rendered by the Professional in this case are *(specify)*:

   General bankruptcy counsel, as more particularly specified in the Application to Employ FLP Law Group LLP ("FLP") and Declaration of Marc A. Lieberman filed in support.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

   As set forth in FLP's Employment Application, the source of Debtor's initial post-petition deposit is Cody Holmes, Holmes Capital Corporation, and a loan to Cody Holmes from World Mechanical Inc. It is anticipated that any additional compensation will be paid by the Debtor, or the Debtor's estate.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                Page 1                                    F 2014-1.STMT.DISINTEREST.PROF

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
   The retainer deposit held by FLP is an advance against FLP's fees billed at FLP's regular hourly rates and as ultimately approved by the court. Unearned portion retainer is refundable.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
   Review of Debtor's creditor list, its list of equity security holders, and FLP's Outlook database.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
   None.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
   None.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
   None.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
    Marc A. Lieberman, Esq. (partner)
    FLP Law Group LLP
    1875 Century Park East, Suite 2230
    Los Angeles, CA 90067
    (310) 284-7350

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                               Page 2                                              **F 2014-1.STMT.DISINTEREST.PROF**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

None.

12. Total number of attached pages of supporting documentation: 0

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/08/2023 | MARC A. LIEBERMAN | /s/ Marc A. Lieberman |
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 2014-1.STMT.DISINTEREST.PROF

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1875 Century Park East, Ste 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/08/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alexandre I Cornelius    cornelius@thecalaw.com, alex.cornelius100@gmail.com;crawford@thecalaw.com;
officemgr@thecalaw.com;kmurphy@thecalaw.com
Dare Law    dare.law@usdoj.gov
Wayne R Terry    wterry@hemar-rousso.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 11/08/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/08/23 | SAFA SALEEM | /s/ Saleem |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 4      F 2014-1.STMT.DISINTEREST.PROF

**In re 9301 Cherokee Lane, LLC**
**USBC Case No. 2:23-bk-16232-BR**

Service List

BMO Bank N.A.
c/o Hermar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

BMO Haris Bank, N.A.
Attn. Chris Foltman
111 W. Monroe Street 4E
Chicago, IL 60603-4096

California TD Specialists, as Trustee
Attn: Patricio S. Ince, VP
8190 E. Kaiser Blvd.
Anaheim Hills, CA 92808-2215

Jose Garza
1238 Aldenville Ave.
Covina, CA 91722-1526

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

Leeger Architecture
PO Box 2310
Del Mar, CA 92014-1610

Private Mortgage Fund, LLC
Attn: Ed Fischer
23586 Calabasas Rd., Suite 100
Calabasas, CA 91302-1322

Quarles & Brady LLP
Jason Curry
One Rennaissance Square
Two North Central Ave., Ste. 600
Phoenix, AZ 850094-2322

Southern California Gas Company
PO Box C
Monterey Park, CA 91754-0932

The Island Pool Service
14276 Berg Street
Sylmar, CA 91342-4127

Tullius Law Group
Attn: Jennifer Tullius
515 Flower Street, 18th Floor
Los Angeles, CA 90071-2231

World Mechanical, Inc.
660 S. Figueroa St., Suite 1888
Los Angeles, CA 90017-3433