| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| MARC A. LIEBERMAN, ESQ. (SBN 157318)<br>FLP LAW GROUP LLP<br>1875 Century Park East, Suite 2230, Los Angeles, CA 90067<br>(310) 284-7350<br>marc.lieberman@flpllp.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | Chapter 11 Case Number |
|---|---|
| | 2:23-bk-16232-NB |
| 9301 CHEROKEE LANE, LLC, a Delaware limited liability company, | **Professional Fee Statement**<br>Number: 2<br>Month of: December, 20 23 |
| Debtor | |

| | |
|---|---|
| 1. Name of Professional: | FLP Law Group LLP |
| 2. Date of entry of order approving employment of the professional: | 12/12/2023 |
| 3. Total amount of pre-petition payments received by the professional: | $ 0 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - 0 |
| 5. Balance of funds remaining on date of filing of petition: | $ 0* (See note 1) |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - 28,234.13 |
| 7. Less: Total amount of services and expenses this reporting period: | -$22,608.96 |
| 8. Balance of funds remaining for next reporting period: | $ 0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: | 8 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: 01/09/2024

| MARC A. LIEBERMAN | /s/ Marc A. Lieberman |
|---|---|
| Type Name of Professional | Signature of Professional |
| | |
| Type Name of Attorney for Professional (if applicable) | Signature of Attorney for Professional (if applicable) |

Revised September 2012    PROFESSIONAL FEE STATEMENT (Page 1 of 2)    USTR16-6.0

*1. Debtor's counsel has received Court approval post-petition retainer of $25,000 [Doc. 55].

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

FLP LAW GROUP LLP, 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 9, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Dare Law**    dare.law@usdoj.gov
- **Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Wayne R Terry**    wterry@hemar-rousso.com
- **Jennifer R Tullius**    jtullius@tulliuslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL**:
On **January 9, 2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2024 | ADELAIDA HERNANDEZ | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:23-bk-16232-NB<br>Central District of California<br>Los Angeles<br>Tue Jan  9 14:11:23 PST 2024 | 9301 Cherokee Lane, LLC, a Delaware Limited<br>1401 21st Street. Suite R<br>Sacramento, CA 95811-5226 | BMO Bank N.A.<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2802 |
| | BMO Bank N.A. fka BMO Harris Bank N.A.<br>c/o Jason D. Curry<br>Quarles & Brady LLP<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2322 | BMO Harris Bank, N.A.<br>Attn. Chris Foltman<br>111 W. Monroe Street, 4E<br>Chicago, IL 60603-4096 |
| California TD Specialists, as Trustees<br>Attn. Patricio S. Ince, VP<br>8190 East Kaiser Blvd<br>Anaheim hills, CA 92808-2215 | | Jose Garza<br>1238 Aldenville Avenue<br>Covina, CA 91722-1526 |
| LADWP<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | Leeger Architecture<br>PO Box 2310<br>Del Mar, CA 92014-1610 | PMF CA REIT, LLC<br>c/o Tullius Law Group<br>515 S. Flower St., 18th Floor<br>Los Angeles, CA 90071-2201 |
| Private Mortgage Fund, LLC<br>Attn Ed Fischer<br>23586 Calabasas Road, Suite 100<br>Calabasas, CA 91302-1322 | Quarles & Brady LLP<br>Jason Curry<br>One Rennaissance Square<br>Two North Central Avenue, Suite 600<br>Phoenix, AZ 85004-2322 | Quarles and Brady, LLP<br>Attn. Jason D. Curry<br>Two North Central Avenue<br>Phoenix, AZ 85004-2322 |
| Southern California Gas Company<br>PO Box C<br>Monterey Park, CA 91754-0932 | The Island Pool Service<br>14276 Berg Street<br>Sylmar, CA 91342-4127 | |
| | World Mechanical, Inc.<br>660 South Figueroa Street, Suite 1888<br>Los Angeles, CA 90017-3433 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PMF CA REIT, LLC | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     1<br>Total                   22 | |