JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
JOHN K. LY (SBN 247477)
Email: jly@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

*Attorneys for Non-Debtors Andrew Meyers Abdul-Wahab, Shangri-La Construction, L.P. Shangri-La Industries, LLC, SLI Management Corporation, World Mechanical, Inc., and HM Land Development Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>9301 CHEROKEE LANE,<br><br>DEBTOR | CASE NO. 2:23-bk-16232<br>*[Assigned for all Purposes to the Honorable Neil W. Bason]*<br><br>**STATUS REPORT BY NON-DEBTORS ANDREW MEYERS ABDUL-WAHAB, SHANGRI-LA CONSTRUCTION, L.P. SHANGRI-LA INDUSTRIES, LLC, SLI MANAGEMENT CORPORATION, WORLD MECHANICAL, INC., AND HM LAND DEVELOPMENT HOLDINGS, LLC** |

*STATUS REPORT*

Non-Debtor third-parties Andrew Meyers Abdul-Wahab, Shangri-La Construction, L.P. Shangri-La Industries, LLC, SLI Management Corporation, World Mechanical, Inc., and HM Land Development Holdings, LLC (collectively, the "Shangri-LA Non-Debtors"), by and through their counsel, submit the following status report in advance of the status conference currently set for February 6, 2024.

On February 1, 2024, counsel for the Shangri-LA Non-Debtors, counsel for Cody Holmes and his related-entities, and counsel for creditor PMF CA REIT, LLC ("PMF") met and conferred over the scope of the creditor's proposed subpoena requests, issued pursuant to Rule 2004, to various financial institution. The parties were not able to reach any agreement regarding the scope of the creditor's subpoena requests.

Although PMF had proposed to limit their subpoena requests to documents generated between January 1, 2022 and the present, PMF is still seeking records that go well beyond any alleged transactions between the debtor and the Shangri-LA Non-Debtors. Indeed, PMF believes it should be allowed access to every financial transaction that took place between the Shangri-LA Non-Debtors and *anyone else*, between January 2022 and the present. These sweeping requests should not be allowed. A Rule 2004 examination should not be used as a substitute for discovery in other pending matters. This is especially true since PMF has yet to conduct a Rule 2004 examination of the debtor, or review any documents belonging to the debtor to first identify the specific transactions that are allegedly at issue.

The Shangri-LA Non-Debtors believe that PMF's requests should be limited only to records concerning any actual transaction/transfer of funds, from January 1, 2022 to the present, between the debtor and the Shangri-LA Non-Debtors. Further, to ensure that the Shangri-LA Non-Debtors' rights are protected, all documents

-1-
STATUS REPORT

1 should first be produced to counsel for the Shangri-LA Non-Debtors so that they
2 may be reviewed and redacted accordingly.

DATED:  February 5, 2024          Respectfully submitted,
                                  LIANG LY LLP


                                  By:  /s/ Jason L. Liang
                                  Jason L. Liang
                                  *Attorneys for Non-Debtors Andrew Meyers
                                  Abdul-Wahab, Shangri-La Construction,
                                  L.P. Shangri-La Industries, LLC, SLI
                                  Management Corporation, World
                                  Mechanical, Inc., and HM Land
                                  Development Holdings, LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 601 S Figueroa St., Ste. 1950, Los Angeles, CA 90017-3983

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 5, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Catherine M. G. Allen on behalf of Creditor BMO Bank N.A. - catherine.allen@quarles.com, sybil.aytch@quarles.com**
• **Lindsay A. Aragon on behalf of Creditor PMF CA REIT, LLC - lindsay@aragonlaw.com**
• **Alan W Forsley on behalf of Debtor - alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fllawyers.net, addy@flpllp.com**
• **Michael Kogan on behalf of Interested Party Michael Kogan - mkogan@koganlawfirm.com**
• **Dare Law on behalf of U.S. Trustee United States Trustee (LA) - dare.law@usdoj.gov**
• **Marc A Lieberman on behalf of Debtor marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com**
• **Wayne R Terry on behalf of Creditor BMO Bank N.A. wterry@hemar-rousso.com**
• **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 5, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL**

Lindsay Aragon lindsay@aragonlaw.com
'Jennifer Tullius' <jtullius@tulliuslaw.com>
'Marc Lieberman' marc.lieberman@flpllp.com
Michael Kogan <mkogan@koganlawfirm.com>

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2024 | Jason Liang | /s/ Jason Liang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |